Case 19-40478-JMM  Doc 86-1  Filed 06/26/20  Entered 06/26/20 11:03:21  Desc
Certificate of Readiness    Page 1 of 1
Case 4:20-cv-00086-BLW   Document 3   Filed 03/23/20   Page 1 of 1

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | |
| ) | |
| Dustin Jade Wells ) | Case Number: 19–40478–JMM |
| 582 South 100 West ) | |
| Jerome, ID 83338 ) | Chapter Number: 13 |
| ) | |
| Social Security No.: xxx–xx–5143 ) | Appeal Number: 4:20–cv–86–BLW |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) | |

_____

## CERTIFICATE OF READINESS

I, Stephen W Kenyon, Clerk of the United States Bankruptcy Court for the District of Idaho, do hereby certify that the docket entries and papers comprise the record on the appeal in the above entitled matter.

Dated: 3/23/20

Stephen W Kenyon
Clerk, U.S. Bankruptcy Court

# Notice Recipients

District/Off: 0976–8  User: nlynch  Date Created: 3/23/2020
Case: 19–40478–JMM  Form ID: certread  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Dustin Jade Wells  582 South 100 West  Jerome, ID 83338

TOTAL: 1