Kathleen A. McCallister
Chapter 13 Trustee
P.O. Box 1150
Meridian ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
kam@kam13trustee.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | CASE NO. 19-40478-JMM |
| Dustin Jade Wells, | Chapter Number: 13 |
| Debtor. | Appeal Number: 4:20-cv-86-BLW |

## STIPULATION TO EXTEND TIME TO FILE APPELLANT BRIEF

Kathleen McCallister ("Appellant"), Chapter 13 Trustee, and Paul Ross, attorney for Dustin Jade Wells, stipulate and agree that the time for filing the Appellant brief shall be extended to May 14, 2020.

/s/_____
Kathleen McCallister, Appellant

/s/_____
Paul Ross, Attorney for Appellee