# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **District of Idaho**

U.S. District Court case number: **4:20-cv-86-BLW**

Date case was first filed in U.S. District Court: **19 February 2020**

Date of judgment or order you are appealing: **14 October 2020**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes  ☐ No  ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Dustin Jade Wells

Is this a cross-appeal?  ☐ Yes  ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?  ☐ Yes  ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

PO Box 483

City: Paul    State: ID    Zip Code: 83347

Prisoner Inmate or A Number (if applicable):

**Signature** Paul Ross    **Date** 10 November 2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                 *Rev. 12/01/2018*

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 6. Representation Statement**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Dustin Jade Wells

Name(s) of counsel (if any):
Paul Ross

Address: PO Box 483, Paul, ID  83347
Telephone number(s): (208) 219-7997
Email(s): paul@idbankruptcylaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Kathleen A McCallister

Name(s) of counsel (if any):
Robin M Long

Address: 1910 University Dr, Biology Dept, Boise, ID  83725
Telephone number(s): (208) 830-7315
Email(s): motoce@gmail.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                  *1*                             *New 12/01/2018*