FILED

FEB 22 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

In re: DUSTIN JADE WELLS,

        Debtor.

_____

KATHLEEN A. McCALLISTER,

        Plaintiff-Appellee,

 v.

DUSTIN JADE WELLS,

        Defendant-Appellant.

No. 20-35984

D.C. No. 4:20-cv-00086-BLW
District of Idaho,
Pocatello

ORDER

Before: CANBY and FRIEDLAND, Circuit Judges.

The court has reviewed the response to the November 24, 2020 order to show cause. The order to show cause is discharged. Appellee's request for dismissal of the appeal for lack of jurisdiction included in the response to the motion for a stay is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

Appellant's motion to stay appellate proceedings (Docket Entry Nos. 5, 9) is denied.

The opening brief is due April 12, 2021; the answering brief is due May 12, 2021; and the optional reply brief is due within 21 days after service of the answering brief.